DANIEL G. BOGDEN
United States Attorney
District of Nevada

JENNIFER A. KENNEY, SBN CA 241625
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8945
Facsimile: (415) 744-0134
E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VENONA RICHION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL[1], ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:16-CV-02243-GMN-VCF <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** <br> (***FIRST REQUEST***) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm, due on February 22, 2017, by 30 days, through and including March 24, 2017.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

An extension of time is needed because Defendant's counsel has been out of the office unexpectedly to care for a family member with a medical issue. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel February 20, 2017, who has no opposition to this motion.

Respectfully submitted this 20th day of February 2017.

DANIEL G. BOGDEN
United States Attorney

*/s/ Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-21-2017

-3-

1 **CERTIFICATE OF SERVICE**

2  I, **JENNIFER A. KENNEY,** certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

3

4  **CM/ECF:**

5  CYRUS SAFA
Law Offices of Lawrence D. Rohlfing
6  12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
7

8  GERALD M. WELT
732 Sixth Street, Suite 200-D
Las Vegas, NV 89101
9

10  Dated this 20th day of February 2017.

11                                        */s/ Jennifer A. Kenney*
                                          **JENNIFER A. KENNEY**
12                                        Special Assistant United States Attorney