# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VENONA RICHION, )
               Plaintiff, )    Case No.: 2:16-cv-02243-GMN-VCF
vs. )
                                 )    **ORDER**
CAROLYN W. COLVIN, )
              Defendant. )

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach, (ECF No. 20), which recommends that Plaintiff Venona Richion's Motion for Reversal and/or Remand, (ECF No. 14), be DENIED.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

///

///

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 20), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff Venona Richion's Motion for Reversal and/or Remand, ECF No. 14), is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm, (ECF No. 18), is **GRANTED**.

The Clerk of the Court is instructed to close this case and enter judgment accordingly.

**DATED** this \_\_\_\_1\_\_\_\_ day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court